|   |   |
|---|---|
|   | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZONES, INC., a Washington corporation, | NO. C17-457 RAJ |
| Plaintiff, | **ORDER GRANTING ZONES, INC.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR ENTRY OF JUDGMENT** |
| v. | |
| EVERGREEN INFORMATION TECHNOLOGY SERVICES, INC., a Maryland corporation, | |
| Defendant. | |

## JUDGMENT SUMMARY

1. **Judgment Creditor**: Zones, Inc.
2. **Attorneys for Judgment Creditor**: Ward Morrison and Laura Hansen of Fox Rothschild LLP
3. **Judgment Debtor**: Evergreen Information Technology Services, Inc.
4. **Attorneys for Judgment Debtor**: David Warner of Centre Law & Consulting LLC and K. Michael Fandel and Kellen Andrew Hade of Miller Nash Graham & Dunn LLP
5. **Principal Judgment**: $200,263.68
6. **Costs and Expenses, Including Attorneys' Fees, Incurred in Connection with Enforcement of the Settlement Agreement**: Amount to be determined.
7. **Interest**: The total amount of the judgment shall bear interest at the rate of 1.5% per month from the date of judgment until paid in full.

**ORDER**

THIS MATTER came before the Court on Plaintiff Zones, Inc.'s Motion to Enforce Settlement Agreement and for Entry of Judgment, and having considered the Motion, all papers filed in support of and in opposition to the Motion, and the Court file, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Zones, Inc.'s Motion to Enforce Settlement Agreement and for Entry of Judgment is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment by separate document in favor of Plaintiff Zones, Inc. ("Zones") against Defendant Evergreen Information Technology Services ("Evergreen") in the amount of $200,263.68, together with interest thereon at the rate of 1.5% per month from the date hereof until paid in full. The Forbearance Period contemplated by the Settlement Agreement shall not take effect. Additionally, Evergreen shall pay all costs and expenses, including attorneys' fees, incurred by Zones in connection with enforcement of the Settlement Agreement entered by the parties on March 12, 2018. Zones shall apply to this Court for an award for these additional amounts by way of cost bill, at which time this Court shall issue an amendment to this order adding the amount of these additional costs and ordering the entry of an amended judgment.

DATED this 24th day of April, 2018.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge