HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZONES, INC., a Washington corporation.,

Plaintiff,

v.

EVERGREEN INFORMATION TECHNOLOGY SERVICES, INC., a Maryland corporation

Defendant.

Case No. 2:17-cv-00457-RAJ

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

This matter comes before the Court on the motion to withdraw as counsel filed by David R. Warner of Centre Law & Consulting ("Centre") and K. Michael Fandel and Kellen Hade of Miller Nash Graham & Dunn LLP ("Miller Nash"), counsel for defendant Evergreen Information Technology Services, Inc. ("Evergreen"). Dkt. # 38.

As required by Local Rule 83.2(b)(4), counsel certified that they have informed Evergreen that it is required by law to be represented by an attorney admitted to practice before this Court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the entry of default against the corporation as to any

ORDER – 1

claims of other parties. Counsel for Plaintiff Zones, Inc. ("Zones") does not object to the withdrawal, but requests that the Court defer ruling on counsel's Motion to Withdraw until after it has ruled on Zones' Motion for Attorneys' Fees and any corresponding order has been reduced to judgment. Dkt. # 39.

Having considered the parties' submissions, the Court **GRANTS** the motion to withdraw as counsel for Evergreen effective January 15, 2020, on the condition that they: (1) send a copy of the Court's order to Defendant; and (2) provide the Court with contact information for Defendant.

DATED this 18th day of December, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2